UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80034-CR-MARRA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ERIC LENARD WILLIAMS,
JERRICK DAVID BARTEE,
ANTONIO BEVERLY,
FRANK DAVIS MOORE, JR.,

      Defendants.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendants Eric Williams and Jerrick Bartee's Motion to Suppress [DE 708], Defendant Jerrick Bartee's Motion to Suppress Intercepted Wire Communications, Its Derivative and Request for Franks Hearing [DE 721] and Defendant Frank Moore's Motion to Suppress Wiretap Evidence [DE 722]. On December 6, 2013, the Magistrate Judge issued a Report and Recommendation [DE 807]. After a *de novo* review of the Defendant's Motion, the Government's Response, the Magistrate Judge's order and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED AND AFFIRMED.** Defendants Motions to Suppress are **DENIED**. Defendant Eric Williams' appeal to the District Court and Petition for De Novo Review of the Magistrate's Report and Recommendation denying Defendant's Motion to Suppress Wiretap

Case 9:13-cr-80034-KAM   Document 830   Entered on FLSD Docket 01/02/2014   Page 2 of 2

Evidence is overruled. Defendant Eric Williams Motion to Adopt Co-Defendant's Motions [DE

723] is **GRANTED**.   Defendant Antonio Beverly's Motions to Adopt Motions to Suppress [DE

719, 725, 727] are **DENIED AS MOOT**.

     **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 2nd day of

January, 2014.

                                                  KENNETH A.  MARRA
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William Matthewman
All counsel

2